IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| XODUS MEDICAL INC., ALESSIO PIGAZZI and GLENN KEILAR, <br><br> Plaintiffs, <br><br> v. <br><br> PRIME MEDICAL LLC and SYMMETRY SURGICAL INC., <br><br> Defendants. | Civil Action No. 2:13-cv-01372 <br><br> Judge Arthur J. Schwab <br><br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS' PROPOSED ORDER

AND NOW, this 17th day of November, 2014,

IT IS HEREBY ORDERED that the parties' Joint Motion for Stay is GRANTED.

IT IS FURTHER ORDERED that compliance with provisions of Local Rule 16 and the Local Patent Rules shall be completed as follows:

(1) All proceedings in this case are stayed **indefinitely**. During the stay, this case is and shall be ADMINISTRATIVELY CLOSED. This administrative closure in no way prejudices the parties and merely is a tool by which this Court may manage its docket. This Stay and Administrative Closing does not prejudice the Defendants' right to file a motion for a Protective Order if such action becomes necessary.

(2) The parties shall file a joint motion to reopen this case, along with a proposed scheduling order, on or before 30 days from the date of the conclusion of the pending reexamination proceedings, and the exhaustion of any appeals therefrom.

Date: 11/17/2014

_____
ARTHUR J. SCHWAB
UNITED STATES DISTRICT JUDGE